UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HIPPOLITE SHETA MBUESE
        Plaintiff(s),

v.

ANTONE MONIZ, PATRICIA HYDE, TODD LYONS, and KRISTI NOEM,
        Defendant(s).

Civil Action No. 25-13195-JEK

## **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated November 7, 2025, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Hippolite Sheta Mbuese

Dated: November 17, 2025

/s/ Haley Currie
Deputy Clerk